BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JULIE D. GARCIA (CABN 288624)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234
    Julie.Garcia@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERRICK MICHAEL WALLS, <br><br> Defendant. | NO. CR 16-00272 SK <br><br> STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE |

    On January 25, 2017, the Honorable Sallie Kim issued an Order Granting in Part and Denying in Part Defendant's Motion to Suppress. (ECF No. 34.) On February 8, 2017, the United States noticed an appeal from that Order. (ECF No. 35.) The appeal was referred to the Honorable Richard Seeborg, and the parties were directed to submit a briefing schedule and proposed hearing date.

    Now, therefore, the United States, by and through its counsel Assistant U.S. Attorney Julie Garcia, and Defendant Derrick Walls, by and through his counsel Chief Assistant Federal Public Defender Geoffrey Hansen, stipulate and agree to the following schedule:

    1.    The United States' opening brief shall be submitted by March 21, 2017.

    2.    The Defendant's opposition shall be submitted by April 11, 2017.

    3.    The United States' reply, if any, shall be submitted by April 25, 2017.

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE
CR 16-0272 SK

1   4. A hearing on the appeal shall be held in front of the Honorable Richard Seeborg on May 9, 2, 2017, at 2:30 pm, ~~or on a date convenient for the Court.~~  Although if appropriate, the appeal may be decided on the papers.

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

DATED: February 27, 2017        _____/s/_____
JULIE D. GARCIA
Assistant United States Attorney


_____/s/_____
GEOFFREY HANSEN
Attorney for the Defendant


**~~[PROPOSED]~~ ORDER**

Pursuant to the above stipulation, IT IS SO ORDERED.

Date: 2/27/17

_____[signature]_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE
CR 16-0272 SK