STEVEN G. KALAR
Federal Public Defender
Northern District of California
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: Geoffrey_Hansen@fd.org

Counsel for Defendant WALLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 16–272 SK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| v. | **Court:** Courtroom 3, 15th Floor |
| DERRICK WALLS, | **Hearing Date:** May 9, 2017 |
| Defendant. | **Hearing Time:** 2:30 p.m. |

The above-entitled matter is currently scheduled for hearing on the Government's appeal from Magistrate Court on May 9, 2017 at 2:30 p.m. Counsel for the parties represent that defense counsel shall be unavailable. Therefore, the parties stipulate and agree to continue the hearing scheduled for May 9, 2017, until Tuesday, May 16, 2017 at 2:30 p.m.

\\

\\

\\

Respectfully submitted,

Dated: May 8, 2017
STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender


Respectfully submitted,

Dated: May 8, 2017
BRIAN STRETCH
United States Attorney
Northern District of California

/S
JULIE GARCIA
Assistant United States Attorney

# [~~PROPOSED~~] ORDER

For the reasons stated above, the Court hereby continues the hearing set in the above-captioned matter until May 16, 2017 at 2:30 p.m.

IT IS SO ORDERED.

DATE: 5/8/17

HON. RICHARD SEEBORG
United States District Judge